```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE CHARTER OAK FIRE INSURANCE
COMPANY,

                       Plaintiff,          24-CV-4674 (VEC)

       -against-                             ORDER

TRISURA SPECIALTY INSURANCE
COMPANY,

                      Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 16, 2024, the Court entered the Civil Case Management Plan and Scheduling Order that set a pretrial conference for February 7, 2025, *see* Dkt. 13;

      WHEREAS after several adjournments of the discovery deadlines in this action, the Court ultimately adjourned the pretrial conference to July 11, 2025, *see* Dkts. 18, 20, 22; and

      WHEREAS the Court is no longer available on July 11, 2025;

      IT IS HEREBY ORDERED that the pretrial conference scheduled for Friday, July 11, 2025, at 10:00 A.M. is ADJOURNED to **Friday, July 25, 2025, at 10:00 A.M.**

**SO ORDERED.**

Date: July 7, 2025
       New York, New York

                                               **VALERIE CAPRONI**
                                               **United States District Judge**