UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/25/2025
```

-----------------------------------------------------------------X

THE CHARTER OAK FIRE INSURANCE
COMPANY,
                            Plaintiff,

           -against-

TRISURA SPECIALTY INSURANCE
COMPANY,

                        Defendant.

24-CV-4674 (VEC)

ORDER

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 25, 2025, the parties appeared for a post-discovery conference;

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is due **Friday, October 10, 2025**. Defendant's opposition and cross-motion for summary judgment are due **Friday, November 7, 2025**. Plaintiff's reply papers and opposition to Defendant's cross-motion are due **Friday, December 5, 2025**. Defendant's reply papers are due **Friday, December 19, 2025**.

The parties are directed to review Rule 4.G.ii of the Undersigned's Individual Practices in Civil Cases for the Court's requirements pertaining to Rule 56.1 Statements. In short: at the time the parties' cross-motions are fully briefed, the Court should have one, final consolidated 56.1 Statement.

**SO ORDERED.**

**Date: July 25, 2025**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**