UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Charter Oak Fire Insurance Company,<br><br>Plaintiff,<br><br>-against-<br><br>Trisura Specialty Insurance Company,<br><br>Defendant. | 1:24-cv-04674 (VEC) (SDA)<br><br>ORDER SCHEDULING<br>**SETTLEMENT CONFERENCE** |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, October 29, 2025, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, October 22, 2025).

**SO ORDERED.**

DATED:   New York, New York
         October 8, 2025

_____
STEWART D. AARON
United States Magistrate Judge